AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**E-filing**

| | | |
|---|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company | ) ) | |
| *Plaintiff* | ) ) | CV 09  5745 |
| v. | ) | Civil Action No. |
| VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION



To: *(Defendant's name and address)*  VISION SOLUTIONS, INC., a Delaware corporation,
15300 Barranca Parkway, Irvine, CA 92618

WILLIAM HAMMOND, an Individual
Vision Solutions, Inc., 1901 South Meyers Road, Oakbrook Terrace, IL 60181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Micah R. Jacobs, Esq.,
MBV LAW LLP
855 Front Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
HELEN ALMACEN

Date: DEC 07 2009

*Signature of Clerk or Deputy Clerk*