1  KENNETH L. WILTON (SBN: 126557)
   SEYFARTH SHAW LLP
2  2029 Century Park East, Suite 3500
   Los Angeles, California  90067-3021
3  Telephone:  (310) 277-7200
   Facsimile:   (310) 201-5219
4  E-Mail:      kwilton@seyfarth.com

5  ROBIN M. CLEARY (SBN: 192489)
   SEYFARTH SHAW LLP
6  560 Mission Street, Suite 3100
   San Francisco, California 94115
7  Telephone:  (415) 397-2823
   Facsimile:   (415)397-8549
8  E-Mail:      rcleary@seyfarth.com

9  Attorneys for Defendants
   VISION SOLUTIONS, INC. and WILLIAM HAMMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual,<br><br>Defendants. | Case No. 09-CV-05745-CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to L.R. 6-1(a), it is hereby stipulated and agreed by and between Plaintiff Maximum Availability Limited ("Plaintiff") and Defendants Vision Solutions, Inc. and William Hammond (collectively, "Defendants") through their respective counsel as follows:

1. Plaintiff filed its Complaint on December 7, 2009.

2. Defendant Vision Solutions, Inc. was served the Complaint on December 9, 2009, and Defendant William Hammond was served the Complaint on December 10, 2009.

3. Defendants' responses to the Complaint are due on December 30, 2009 and December 31, 2009, respectively.

4. In light of the holidays and in order to create a more orderly schedule, the time for both Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended up to and including January 7, 2010.

5. This extension will not alter the date of any event or any deadline already fixed by court order.

IT IS SO STIPULATED.

MBV LAW LLP

DATED: December 29, 2009        By:    /Micah R. Jacobs/[1]
                                       Micah R. Jacobs
                                       Attorneys for Plaintiff
                                       MAXIMUM AVAILABILITY LIMITED

SEYFARTH SHAW LLP

DATED: December 29, 2009        By:    /Kenneth L. Wilton/
                                       Kenneth L. Wilton
                                       Attorneys for Defendants
                                       VISION SOLUTIONS, INC. and WILLIAM HAMMOND

DEC 3 1 2009

[1] Concurrence obtained per General Order 45, § X.B.