1 KENNETH L. WILTON (SBN: 126557)
SEYFARTH SHAW LLP
2 2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
3 Telephone: (310) 277-7200
Facsimile: (310) 201-5219
4 E-Mail: kwilton@seyfarth.com

5 ROBIN M. CLEARY (SBN: 192489)
SEYFARTH SHAW LLP
6 560 Mission Street, Suite 3100
San Francisco, California 94115
7 Telephone: (415) 397-2823
Facsimile: (415)397-8549
8 E-Mail: rcleary@seyfarth.com

9 Attorneys for Defendants
VISION SOLUTIONS, INC. and WILLIAM HAMMOND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company<br><br>Plaintiff,<br><br>v.<br><br>VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual,<br><br>Defendants. | Case No. 09-CV-05745-CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Stipulation to Extend Time / Case No. 09-CV-05745-CRB

LAI 6919985.1

1  Pursuant to L.R. 6-1(a), it is hereby stipulated and agreed by and between Plaintiff Maximum Availability Limited ("Plaintiff") and Defendants Vision Solutions, Inc. and William Hammond (collectively, "Defendants") through their respective counsel as follows:

1. Plaintiff filed its Complaint on December 7, 2009.

2. Defendant Vision Solutions, Inc. was served the Complaint on December 9, 2009, and Defendant William Hammond was served the Complaint on December 10, 2009.

3. Defendants' responses to the Complaint are due on December 30, 2009 and December 31, 2009, respectively.

4. In light of the holidays and in order to create a more orderly schedule, the time for both Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended up to and including January 7, 2010.

5. This extension will not alter the date of any event or any deadline already fixed by court order.

IT IS SO STIPULATED.

MBV LAW LLP

DATED: December 29, 2009    By: _____/Micah R. Jacobs/[1]_____
                                Micah R. Jacobs
                                Attorneys for Plaintiff
                                MAXIMUM AVAILABILITY LIMITED


SEYFARTH SHAW LLP

DATED: December 29, 2009    By: _____/Kenneth L. Wilton/_____
                                Kenneth L. Wilton
                                Attorneys for Defendants
                                VISION SOLUTIONS, INC. and WILLIAM HAMMOND

DEC 3 1 2009

---
[1] Concurrence obtained per General Order 45, § X.B.

2
Stipulation to Extend Time / Case No. 09-CV-05745-CRB
LA1 6919985.1