1  MICAH R. JACOBS (State Bar No. 174630)
   MBV LAW LLP
2  855 Front Street
   San Francisco, California 94111
3  Telephone: (415) 781-4400
   Facsimile: (415) 989-5143
4
   Attorneys for Plaintiff
5  MAXIMUM AVAILABILITY LIMITED

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MAXIMUM AVAILABILITY LIMITED, a          CASE No. CV-09-5745-CRB
   | New Zealand limited liability company
13 |
   |               Plaintiff,                 **[PROPOSED] TEMPORARY
14 |                                          RESTRAINING ORDER AND ORDER
   |       v.                                 TO SHOW CAUSE RE:
15 |                                          PRELIMINARY INJUNCTION**
   | VISION SOLUTIONS, INC., a Delaware
16 | corporation; WILLIAM HAMMOND, an
   | Individual
17 |
   |               Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE: PRELIMINARY INJUNCTION – Case No. CV-09-5745-CRB**

23832.01\\423844.DOC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff MAXIMUM AVAILABILITY, LTD. ("MAXIMUM AVAILABILITY" and/or "Plaintiff") having applied Ex Parte for a Temporary Restraining Order and an Order to Show Cause re Preliminary Injunction (the "Application"), and this Court having considered Plaintiff's Application and supporting papers, and good cause appearing therefor, the Court hereby GRANTS Plaintiff's Application and issues the following Order.

IT IS HEREBY ORDERED that:

**TEMPORARY RESTRAINING ORDER**

1. Defendant VISION SOLUTIONS, INC. ("VISION") and its officers, agents, servants, employees, attorneys, successors, assigns, and all others in active concert or participation with VISION, shall immediately cease distribution of the allegedly false and/or misleading statements reflected in Exhibits A and B of the Declaration of Allan Campbell, or any part thereof, in whatever format, including verbal;

2. Within five (5) business days of the effective date of this Order, VISION shall disclose to Plaintiff a list of all third parties who received any of the allegedly false or misleading statements in any form, either written or oral, which such list shall include the full details (including names and contact details) of each person or entity who received any of the false and/or misleading statements in any format orally or in writing;

3. Within ten (10) business days of the effective date of this Order, VISION shall deliver all infringing marketing and advertising materials (such as marketing, promotional materials, labels, electronic files including product presentations, etc.) in whatever medium to MAXIMUM AVAILABILITY along with an affidavit from VISION confirming, under oath, that all copies of any infringing material have been recovered and delivered to MAXIMUM AVAILABILITY, and that all recipients have been disclosed;

4. Within ten (10) business days of the effective date of this Order, VISION shall distribute corrective marketing statements in a form prepared by, or authorized by, MAXIMUM AVAILABILITY, to all recipients of the information confirming that the information relating to noMAX that was contained in Defendant's Competitive Brief and Product Comparison

1  documents are incorrect along with confirmation of delivery of such corrective measures
2  provided to MAXIMUM AVAILABILITY.
3  **OSC RE PRELIMINARY INJUNCTION**
4      IT IS FURTHER ORDERED THAT, having considered the matter, Defendants shall
5  appear on February 19, 2010, at 10.00 a.m., to show cause, if any they have, as to why this Court
6  should not issue a preliminary injunction extending the relief ordered above and enjoining
7  Defendants from further acts of false advertising during the pendency of this action. Defendants
8  shall file their Opposition papers, if any, on or before February 4, 2010. Plaintiff shall file its
9  Reply papers on or before February 12, 2010.
10
11     IT IS SO ORDERED.
12
13
14 DATED:
15
16 _____
    UNITED STATES DISTRICT COURT JUDGE

**MBV LAW LLP**
855 FRONT STREET
SAN FRANCISCO, CA 94111