1 KENNETH L. WILTON (SBN 126557)
E-Mail: kwilton@seyfarth.com
2 SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
3 Los Angeles, California 90067-3021
Telephone: (310) 277-7200
4 Facsimile: (310) 201-5219

5 ROBIN M. CLEARY (SBN 192489)
E-mail: rcleary@seyfarth.com
6 SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
7 San Francisco, California 94105
Telephone: (415) 397-2823
8 Facsimile: (415) 397-8549

9 Attorneys for Defendants
VISION SOLUTIONS, INC. and WILLIAM HAMMOND

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual, <br><br> Defendants. | Case No. Case No. CV-09-5745 (CRB) <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON PENDING MOTIONS** <br><br> Date: February 19, 2010 <br> Time: 10:00 a.m. <br> Place: Courtroom 8 <br> Judge: Hon. Charles R. Breyer <br><br> Complaint Filed: December 7, 2009 |

**ORDER**

The Court, having read and reviewed the Stipulation Regarding Briefing Schedule On Pending Motions jointly submitted by the parties, rules as follows:

1. The Reply brief of Defendant Vision Solutions, Inc. ("Vision") on its motion to transfer venue shall be filed on or before February 9, 2010;

2. The Reply brief of Defendant William Hammond ("Hammond") on his motion to dismiss shall be filed on or before February 9, 2010;

3. The Amended Opposition of Vision to the motion for preliminary injunction filed by Plaintiff Maximum Availability Limited ("Maximum") shall be filed on or before February 9, 2010; and

4. The Reply brief of Maximum in support of its motion for preliminary injunction shall be filed on or before February 15, 2010.

IT IS SO ORDERED.

Dated: __February 05__, 2010

_____
The Honorable Charles R. Breyer
Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
IT IS SO ORDERED
Judge Charles R. Breyer