```
 1  KENNETH L. WILTON (SBN 126557)
    E-Mail: kwilton@seyfarth.com
 2  SEYFARTH SHAW LLP
    2029 Century Park East, Suite 3500
 3  Los Angeles, California 90067-3021
    Telephone: (310) 277-7200
 4  Facsimile:  (310) 201-5219

 5  ROBIN M. CLEARY (SBN 192489)
    E-mail: rcleary@seyfarth.com
 6  SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
 7  San Francisco, California 94105
    Telephone: (415) 397-2823
 8  Facsimile:  (415) 397-8549

 9  Attorneys for Defendants
    VISION SOLUTIONS, INC. and WILLIAM HAMMOND
10
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual,<br><br>　　　　　Defendants. | Case No. Case No. CV-09-5745 (CRB)<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON PENDING MOTIONS<br><br>Date:  February 19, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 8<br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: December 7, 2009 |

[PROPOSED] ORDER REGARDING STIPULATION ON
BRIEFING SCHEDULE ON PENDING MOTIONS  - CASE NO. CV-09-5745 (CRB)

## ORDER

The Court, having read and reviewed the Stipulation Regarding Briefing Schedule On Pending Motions jointly submitted by the parties, rules as follows:

1. The Reply brief of Defendant Vision Solutions, Inc. ("Vision") on its motion to transfer venue shall be filed on or before February 9, 2010;

2. The Reply brief of Defendant William Hammond ("Hammond") on his motion to dismiss shall be filed on or before February 9, 2010;

3. The Amended Opposition of Vision to the motion for preliminary injunction filed by Plaintiff Maximum Availability Limited ("Maximum") shall be filed on or before February 9, 2010; and

4. The Reply brief of Maximum in support of its motion for preliminary injunction shall be filed on or before February 15, 2010.

IT IS SO ORDERED.

Dated: __February 05__, 2010

_____
The Honorable Charles R. Breyer
United States District Judge

[IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California seal]