IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, | No. C 09-5745 CRB |
| Plaintiff, | **ORDER TRANSFERRING VENUE** |
| v. | |
| VISION SOLUTIONS INC, | |
| Defendant. | |

This Court is in receipt of the parties' various filings. As indicated at the hearing, this Court concludes that this district is not the proper venue for this action. Pursuant to 28 U.S.C. § 1404(a), this action is hereby transferred to the Central District of California.

**IT IS SO ORDERED.**

Dated: February 25, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5745\Order Transferring Case.wpd